AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Eastern _____ DISTRICT OF __Massachusetts__

Eija Heward

## SUMMONS IN A CIVIL ACTION

V.

City of Brockton Brockton Public Schools,
Donald Burrell, Individually and as
Principal of East Junior High School

CASE NUMBER:

# 04-12038 JLT

TO: (Name and Address of Defendant)    Donald Burrell, Individually and as
Principal of East Junior High School
Brockton MA
189 Candy Lane
Brockton MA   02301

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)    Joseph R. Gallitano
Gallitano & Associates
34 Main St. Ext., Suite 202
Plymouth MA   02360
(508) 746-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.



TONY ANASTAS
_____
CLERK

_____
BY DEPUTY CLERK

SEP 22 2004
_____
DATE

Deputy Sheriff Robert M. Bethoney

I hereby certify and return that on 10/5/2004 at 11:35 am I served a true and attested copy of the summons and verified complaint with civil cover sheet and verification in this action in the following manner: To wit, by leaving at the last and usual place of abode of Donald Burell, Individually, , 189 Candy Lane  Brockton, MA 02301 and by mailing 1ˢᵗ class to the above address on 10/5/2004.  P&H (no mailing) ($1.00) Attest ($1.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

Left with adult male, Edward Burell

Plymouth, ss.

October 6, 2004

**Plymouth County Sheriff's Department  •  P.O. Box 1663  •  Brockton, MA 02303  •  580-2110**

Deputy Sheriff

Deputy Sheriff Robert M. Bethoney

I hereby certify and return that on 10/5/2004 at 11:35 am I served a true and attested copy of the summons and verified complaint with civil cover sheet and verification in this action in the following manner: To wit, by leaving at the last and usual place of abode of Donald Burell, Principal of East Junior High School, , 189 Candy Lane  Brockton, MA 02301 and by mailing 1ˢᵗ class to the above address on 10/5/2004.  P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00) Total Charges $36.00

Left with adult male, Edward Burell

Plymouth, ss.

October 6, 2004

**Plymouth County Sheriff's Department  •  P.O. Box 1663  •  Brockton, MA 02303  •  580-2110**

Deputy Sheriff