# United States District Court

Eastern _____ DISTRICT OF _____ Massachusetts _____

Eija Heward

v.

Cith of Brockton, Brockton Public Schools,
Donald Burrell, Individually and as Principal
of East Junior High School

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-12038 JLT

TO: (Name and Address of Defendant)   City of Brockton, Brockton Public Schools
Crosby Administration Building
43 Crescent St.
Brockton MA   02301

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph R. Gallitano
Gallitano & Associates
34 Main St. Ext., Suite 202
Plymouth MA   02360
(508) 746-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

SEP 22 '04

DATE

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

October 6, 2004

I hereby certify and return that on 10/5/2004 at 10:30 am I served a true and attested copy of the summons and verified complaint with civil cover sheet and verification in this action in the following manner: To wit, by delivering in hand to Paula Atkins, agent, person in charge at the time of service for City of Brockton, at Brockton Public Schools, 43 Crescent Street, Brockton, MA 02301. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

Deputy Sheriff Robert M. Bethoney

Deputy Sheriff