*City of Brockton*

**Brockton, Massachusetts**

ALL-STATE LEGAL®

EXHIBIT

1

Eij a Heward

You have been appointed as a ___Special Education___ Teacher in the Brockton Public Schools for the school year starting ___9/1/99___ at a salary of $ ___44.620.00___

This appointment is subject to terms and conditions of Chapter 71 of the Massachusetts General Laws, most especially section 42 Chapter 71.

It is expected you will be employed in the ___East Junior High School___ but the School Committee reserves the right to make any changes which may be necessary.

**Should you accept the position, please sign your name below and return this contract to the Senior Director of Human Resources within one week from date.** Any position not accepted on that day will be considered vacant. You are expected to attend all meetings of teachers of the grade to which you belon g.

SCHOOL COMMITTEE OF BROCKTON
JOSEPH A. BAGE
SUPERINTENDENT of SCHOOLS

BROCKTON, MASSACHUSETTS

Date: ___9/1/99___

To the **Superintendent of Schools,** Brockton, Massachusetts.

I agree that if I desire to resign from this position, I will give at least thirty days written notice to the Superintendent.

I hereby accept the position to which I have been elected, subject to the conditions above stated. for the school year startin g ___9/1/99___

(signed) _____

(dated) ___a /9~___

## *City of Brockton*

**Brockton, Massachusetts**

Eij a Heward

You have been appointed as a Special Education Teacher in the Brockton Public Schools for the school year starting 2001/2002 at a salary of $ 55,960.00

This appointment is subject to terms and conditions of Chapter 71 of the Massachusetts General Laws, most especially section 42 Chapter 71.

It is expected you will be employed in the East Jr. High School but the School Committee reserves the right to make any changes which may be necessary.

**Should you accept the position, please sign your name below and return this contract to the Senior Director of Human Resources within one week from date.** Any position not accepted on that day will be considered vacant. You are expected to attend all meetings of teachers of the grade to which you belong.

SCHOOL COMMITTEE OF BROCKTON

JOSEPH A. BAGE

SUPERINTENDENT of SCHOOLS

BROCKTON, MASSACHUSETTS

Date: 9/4/01

To the **Superintendent of Schools,** Brockton, Massachusetts.

I agree that if I desire to resign from this position, I will give at least thirty days written notice to the Superintendent.

I hereby accept the position to which I have been elected, subject to the conditions above stated, for the school year starting 2001/2002

(signed)

(dated)

# *City of Brockton*

**Brockton, Massachusetts**

_____Eij a Heward_____

You have been appointed as a_____ Special Education _____Teacher in the Brockton Public Schools for the school year starting_____ 2 000/0 1 _____ at a salary of $_____ 49,660.00 _____

This appointment is subject to terms and conditions of Chapter 71 of the Massachusetts General Laws, most especially section 42 Chapter 71.

It is expected you will be employed in the    East Junior High School  but the School Committee reserves the **right to make** any changes which may be necessary.

**Should you accept the position,** *please sign your* **name below and return this contract to the Senior Director of Human Resources within one week from date.** Any position not accepted on that day will be considered vacant. You are expected to attend all meetings of teachers of the *grade to which you* belong.

SCHOOL COMMITTEE OF BROCKTON
JOSEPH A. BAGE
SUPERINTENDENT of SCHOOLS

BROCKTON, MASSACHUSETTS

Date:        6/1/00

To the **Superintendent of Schools,** l3rocicton, Massachusetts.

I agree that if I desire to resign from this position, I will give at least thirty days written notice to the Superintendent.

I hereby accept the position to which I have been elected, subject to the conditions above stated, for the school year starting ._____ 2000/01

(signed)_____

(dated)_____ / / /OD