# Brockton Public Schools

**David E. Crosby Administration Building**
43 Crescent Street
Brockton, Massachusetts 02301

**Joseph A. Bage**
**Superintendent of Schools**
(508) 580-7511 fax: (508) 580-7513

May 1, 2002

Ms. Eija Heward
13 Soule Avenue
Duxbury, MA 02332

Dear Ms. Heward:

This letter serves to notify you that Principal Donald Burrell with my approval is not renewing your employment as a teacher in the Brockton Public Schools for school year 2002-2003. Therefore; your employment will cease at the end of school year 2001-2002.

Thank you.

Sincerely,

Joseph A. Bage
Superintendent of Schools

CC: D. Burrell
    HR File