UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

EIJA HEWARD,                          )
          Plaintiff,                  )
vs.                                   )
                                      ) C. A. No. 04-12038-JLT
CITY OF BROCKTON                      )
BROCKTON PUBLIC SCHOOLS AND           )
DONALD BURRELL, INDIVIDUALLY AND      )
AS PRINCIPAL OF EAST JUNIOR HIGH      )
SCHOOL, CITY OF BROCKTON,             )
          Defendants.                 )

## PLAINTIFF'S MOTION TO EXTEND TIME TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Now comes the Plaintiff, Eija Heward, and moves this Court to extend the time

for the Plaintiff to file her Opposition to the Defendants' Motion to Dismiss for a period

of two weeks from the date it is due, November 18, 2004 to December 2, 2004. The

Defendant has assented to this extension of time.

WHEREFORE, the Plaintiff requests this extension of time be allowed by this

Honorable Court.

Assented to:                          Respectfully submitted,
City of Brockton, et al, Defendants   Eija Heward, Plaintiff
By their attorney                     By her attorney


_____           _____
Lorna M. Hebert, (BBO # 559493)       Joseph R. Gallitano, (BBO #183700)
Murphy, Hesse, Toomey & Lehane, LLP   34 Main Street Ext., Suite 202
P.O. Box 9126                         Plymouth, MA  02360
Quincy, MA  02269-9126                (508) 746-1500
(617) 479-5000

Dated:  November 15, 2004

## CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, hereby certify that I have served a copy of the within

Motion to Extend Time upon all counsel of record this 15th day of November, 2004.

Joseph R. Gallitano