# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500      FAX (508) 747-1150

FILED
CLERKS OFFICE

2005 MAR 18  P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

March 16, 2005

Clerk, Civil
Attn: Zita Lovett, Deputy Clerk
United States District Court
For the District of Massachusetts
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   Eija Heward v. City of Brockton, et al
      Civil Action No. 04-12038JLT

Dear Ms. Lovett:

This letter confirms my telephone conversation with you at the United States District Court yesterday, in which it was agreed to continue the Schedule Conference in the above-referenced matter from April 5, 2005, at 11:15 a.m. to May 9, 2005, at 10:00 a.m.

Thank you for your cooperation in this matter.

Very truly yours,

Joseph R. Gallitano

JRG/pjm

cc:   Attorney Lorna M. Hebert