UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 04-12038-JLT

| | |
|---|---|
| EIJA HEWARD,<br>    Plaintiff<br>v.<br><br>CITY OF BROCKTON,<br>BROCKTON PUBLIC SCHOOLS,<br>AND DONALD BURRELL,<br>INDIVIDUALLY AND AS PRINCIPAL<br>OF EAST JUNIOR HIGH SCHOOL,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT CONTAINING PROPOSED PRETRIAL SCHEDULE**

Pursuant to L.R. 16.1(D) and this Court's Notice of Scheduling Conference, Plaintiff Eija Heward ("Plaintiff") and Defendants City of Brockton, Brockton Public Schools, and Donald Burrell ("Defendants") file this Joint Statement Containing a Proposed Pretrial Schedule.

**1. PROPOSED DISCOVERY PLAN**

| | |
|---|---|
| April 15, 2005 | Automatic disclosures to be served. |
| May 31, 2005 | Supplemental or amended pleading to be filed and served. |
| September 30, 2005 | Written discovery (as allowed by the court) to be served (except expert witness disclosures). |
| December 30, 2005 | Non-expert depositions to be completed. |
| January 31, 2006 | Plaintiff shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed.R.Civ.P. 26(b)(4)(A)(I); designation of experts shall include provision of |

|  |  |
|---|---|
|  | any information required by Federal Rules of Civil Procedure and/or Local Rules. |
| March 16, 2006 | Defendant shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed.R.Civ.P. 26(b)(4)(A)(I); designation of experts shall include provision of any information required by Federal Rules of Civil Procedure and/or Local Rules. |
| April 30, 2006 | Depositions of expert(s) to be completed. |

## 2. PROPOSED SCHEDULE FOR FILING MOTIONS

August 31, 2006            Deadline for filing dispositive motions.

## 3. MODIFICATION OF SCHEDULE DATES

All dates, other than any trial date, may be modified subject to written agreement of the parties and approval by the Court, or upon motion to the Court for good cause.

## 4. ALTERNATIVE DISPUTE RESOLUTION

_____The parties agree to engage in the alternative dispute resolution process.

## 5. CASE MANAGEMENT CONFERENCE

The parties propose that a case management conference be held pursuant to L.R. 16.3 during or about September 2006 for the purpose of exploring the possibility of settlement, for the scheduling of a pretrial conference and/or trial, and for all other matters deemed appropriate by the Court.

## 6. TRIAL BY MAGISTRATE JUDGE

At the present time, the parties do not consent to trial of this action by Magistrate Judge.

## 7. TRIAL DATE

The parties propose that a trial by jury be scheduled for November 2006.

WHEREFORE, the parties respectfully that the Court approve their proposed pretrial schedule and discovery plan, with such amendments as the Court deems just and proper.

>Respectfully submitted,
>CITY OF BROCKTON, BROCKTON PUBLIC
>SCHOOLS And DONALD BURRELL
>INDIVIDUALLY AND AS PRINCIPAL OF EAST
>JUNIOR HIGH SCHOOL,
>By Their Attorney,
>
>/s/ Lorna M. Hebert
>Lorna M. Hebert, BBO #559493
>Murphy, Hesse, Toomey and Lehane
>300 Crown Colony Drive, P.O. Box 9126
>Quincy, MA 02269-9126
>Telephone: (617) 479-5000
>EMAIL: lhebert@mhtl.com
>
>
>Respectfully submitted,
>EIJA HEWARD,
>By Her Attorney,
>
>/s/ Joseph R. Gallitano
>Joseph R. Gallitano, BBO #183700
>34 Main Street Ext., Suite 202
>Plymouth, MA 02360
>(508) 746-1500