UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 04-12038-JLT

| | |
|---|---|
| EIJA HEWARD,<br>    Plaintiff<br>v.<br><br>CITY OF BROCKTON,<br>BROCKTON PUBLIC SCHOOLS,<br>AND DONALD BURRELL,<br>INDIVIDUALLY AND AS PRINCIPAL<br>OF EAST JUNIOR HIGH SCHOOL,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF DEFENDANTS AND DEFENDANTS' COUNSEL

Defendants City of Brockton, Brockton Public Schools, and Donald Burrell (together the "Defendants") hereby certified that they have conferred:

(A) with a view to establishing a budget for the costs of conducting the full course- and various alternative courses- of the litigation; and

(B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR. 16.4.

Respectfully submitted,

/s/ Lorna M. Hebert
Lorna M. Hebert, BBO #559493
Murphy, Hesse, Toomey & Lehan, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
Lhebert@mhtl.com

        Counsel for Defendants

        __/s/ Basan Nembirkow_____
        Basan Nembirkow
        Superintendent
        Brockton Public Schools
        City of Brockton

        __/s/ Donald Burrell_____
        Donald Burrell
        Principal
        East Junior High School
        Brockton Public Schools
        City of Brockton

Dated: May 5, 2005