UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EIJA HEWARD,            ) | |
|     Plaintiff,        ) | |
| vs.                     ) | |
|                         ) | C. A. No. 04-12038JLT |
| CITY OF BROCKTON        ) | |
| BROCKTON PUBLIC SCHOOLS AND ) | |
| DONALD BURRELL, AS PRINCIPAL OF EAST ) | |
| JUNIOR HIGH SCHOOL, CITY OF BROCKTON ) | |
|     Defendants.     ) | |

### CERTIFICATE OF CLIENT CONSULTATION
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Plaintiff hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                           /s/ Eija Heward_____
                                           EIJA HEWARD, PLAINTIFF

\_/s/ Joseph R. Gallitano_____
Joseph R. Gallitano, BBO # 183700
34 Main Street Ext.
Suite 202
Plymouth, MA  02360
(508) 746-1500

Dated:   May 9, 2005