
# MURPHY, HESSE, TOOMEY & LEHANE, LLP
## Attorneys At Law

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE, SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000   FAX: (617) 479-6469

WORLD TRADE CENTER EAST
TWO SEAPORT LANE
BOSTON, MA 02210
TEL: (617) 479-5000   FAX: (617) 338-1324

ONE MONARCH PLACE, SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485   FAX: (617) 479-6469

Arthur P. Murphy
James A. Toomey
Katherine A. Hesse
Michael C. Lehane
John P. Flynn
Regina Williams Tate
Edward F. Lenox, Jr.
Mary Ellen Sowyrda
David A. DeLuca
Ann M. O'Neill
Michael F.X. Dolan, Jr.
Donald L. Graham
Andrew J. Waugh
Robert M. Delahunt, Jr.
Geoffrey P. Wermuth
William P. Breen, Jr.
Doris R. MacKenzie Ehrens

Mary L. Gallant
Lorna M. Hebert
Joseph T. Bartulis, Jr.
Clifford R. Rhodes, Jr.
Kathryn M. Murphy
Stacey G. Bloom
Michael R. Bertoncini
Thomas W. Colomb
Monica Swanson Tesler
David A. Appugliese
Rebecca L. Andrews
Jennifer N. Geosits
Melissa Gamble
Brian P. Pezza
Jason M. Gesing
Bryan R. LeBlanc
Christina Gontile
Quinn H. Vandenberg

Scott Harshbarger

*Please Respond to Boston*

May 5, 2005

Ms. Kimberly M. Abaid, Deputy Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Eija Heward v. Brockton Public Schools
      Docket No. 02BEM04001

Dear Ms. Abaid:

The purpose of this letter is to disclose certain information which may or may not affect Judge Joseph Tauro's retention of this case. I am an Associate Attorney at the law firm of Murphy, Hesse, Toomey & Lehane. David Moran, also an Attorney, is a partner in the same firm. Mr. Moran has informed me that he represents Judge Tauro's family. In view of this professional relationship between Judge Tauro's family and one of the partners in my law firm, I felt compelled to disclose this information.

**MURPHY, HESSE, TOOMEY & LEHANE, LLP**
<u>Attorneys At Law</u>
Ms. Kimberly M. Abaid, Deputy Clerk
United States District Court
May 5, 2005
Page 2

Should you have any further questions, please feel free to contact me.

Very truly yours,

*Lorna Hebert*

Lorna M. Hebert

cc:  Joseph Gallitano, Esq.
     Kathleen Sirois
     Basan Nembirkow
     Donald Burrell

G:\WORDDOCS\L_HEBERT\BrocktonPublicSchools\Heward.Tauro.lct.wpd