UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EIJA HEWARD, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12038-JLT |
| | * | |
| CITY OF BROCKTON et al., | * | |
|     Defendants. | * | |

## ORDER

May 9, 2005

TAURO, J.

After the Scheduling Conference held on May 9, 2005, this court hereby orders that:

1. Defendants may serve interrogatories and requests for production of documents by June 10, 2005;

2. Plaintiff shall respond to Defendants' interrogatories and requests for production of documents by July 11, 2005;

3. Defendants may depose the Plaintiff Eija Heward;

4. Plaintiff may depose: (1) Gail Fulginiti, (2) Mary Cody, (3) John F. McDonough, (4) Linda Parks, (5) Mary Sunstrom, (6) Donald Burrell, and (7) Bette-Ann Struzik;

5. The abovementioned depositions shall be completed by September 30, 2005;

6. No additional discovery will be permitted without leave of this court; and

7. A Further Conference is scheduled for October 4, 2005 at 11:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge