"FILED IN OPEN COURT"
5-9-05

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EIJA HEWARD,<br>    Plaintiff, | )<br>) |
| vs. | )<br>) C. A. No. 04-12038JLT |
| CITY OF BROCKTON<br>BROCKTON PUBLIC SCHOOLS AND<br>DONALD BURRELL, AS PRINCIPAL OF EAST<br>JUNIOR HIGH SCHOOL, CITY OF BROCKTON<br>    Defendants. | )<br>)<br>)<br>)<br>) |

**CERTIFICATE OF CLIENT CONSULTATION**
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Plaintiff hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*/s/ Eija Heward*
EIJA HEWARD, PLAINTIFF

*/s/ JR Gallitano*
Joseph R. Gallitano, BBO # 183700
34 Main Street Ext.
Suite 202
Plymouth, MA  02360
(508) 746-1500

Dated:  May 9, 2005