# ATTORNEY JOSEPH R. GALLITANO
# & ASSOCIATES
34 MAIN STREET EXT., SUITE 202
PLYMOUTH, MASSACHUSETTS 02360
(508) 746 – 1500     FAX (508) 747 - 1150

September 26, 2005

**Via Fax and Regular Mail**
Zita Lovett, Clerk, Civil
Judge Joseph L. Tauro
United States District Court
For the District of Massachusetts
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:     Eija Heward v. City of Brockton, et al
         Civil Action No. 04-12038JLT

Dear Ms. Lovett:

I am in receipt of the electronic Order granting the Motion for Extension of Time to
Complete Discovery due by October 11, 2005 and rescheduling the further conference for
December 5, 2005.  The Joint Motion filed by the parties was requesting an extension to
complete discovery, specifically depositions to December 5, 2005.  The Plaintiff's
continued deposition is scheduled for October 5, 2005, and the Defendant, Donald
Burrell's deposition is scheduled to begin on October 11, 2005.  However, the parties
have not yet been able to schedule the remaining three witnesses identified on page 2 of
the Joint Motion and due to the schedules of everyone involved will not take place by
October 11, 2005.  Please advise if the Court will amend the Order to include December
5, 2005, as the deadline for completing the depositions.  The three additional depositions
of John McDonough, Mark Cody and Gail Fluginiti are essential to the Plaintiff to
establish her claims.  Said depositions of the aforesaid witnesses was approved by the
Court in its Scheduling Order of May 9, 2005.

Thank you for your attention to this matter.

Very truly yours,

/s/*Joseph R. Gallitano*
Joseph R. Gallitano
JRG/pjm
cc:     Attorney Lorna M. Hebert