UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 04-12038-JLT

| | |
|---|---|
| EIJA HEWARD, | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) |
| CITY OF BROCKTON, | ) |
| BROCKTON PUBLIC SCHOOLS, | ) |
| AND DONALD BURRELL, | ) |
| INDIVIDUALLY AND AS PRINCIPAL | ) |
| OF EAST JUNIOR HIGH SCHOOL, | ) |
|     Defendants | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the parties in the above-entitled action and stipulate that this entire case be dismissed, with prejudice, and without costs or attorneys fees to any party.

Respectfully submitted,
CITY OF BROCKTON, BROCKTON PUBLIC
SCHOOLS And DONALD BURRELL
    INDIVIDUALLY AND AS PRINCIPAL OF EAST
JUNIOR HIGH SCHOOL,
By Their Attorney,

/s/ Lorna M. Hebert
Lorna M. Hebert, BBO #559493
Murphy, Hesse, Toomey and Lehane
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Telephone: (617) 479-5000
EMAIL: lhebert@mhtl.com


Respectfully submitted,
EIJA HEWARD,
By Her Attorney,

/s/ Joseph R. Gallitano
Joseph R. Gallitano, BBO #183700
34 Main Street Ext., Suite 202
Plymouth, MA 02360
(508) 746-1500
EMAIL: jrgassoc@adelphia.net